January 12, 1916.) Judgment and order (89 Misc. Rep. 472, 153 N. Y. Supp. 633) affirmed with costs. All concur, except Foote, J., who dissents upon the ground that the court erred in charging the jury in effect that they might find the shipments were diverted and in refusing to charge as matter of law that there was no diversion.

Elizabeth LYONS, respondent, v. Frank BROAKER, defendant, and Oline Westrup and Peter Moller, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

Giuseppe MACALUSO, appellant, v. TRAUBE-BERGER COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment and order unanimously affirmed, with costs, upon the ground that the evidence, as matter of law, affirmatively established that plaintiff was guilty of contributory negligence in attempting to cross the street in front of the car approaching from the north, when he was only about 30 feet away from it and had about 24 feet to go to be well clear of it, and when it was approaching at such speed that, unless its speed was checked, he would have a very close shave in passing in front of it, as is indicated by the fact that as it was, with the motorman applying the air brakes, plaintiff barely passed the car and was hit, within 3 or 4 feet after passing the further rail of the track upon which the car was running, by the automobile.

Margaret McCARTY, respondent, v. William K. DICKERSON, appellant, and others, defendants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

John McCAULEY, appellant, v. Walter STAFFORD et al., respondents. (Supreme Court, Appellate Division, Fourth Department, January 22, 1916.) Motion to dismiss appeal granted, unless appellant files and serves the printed papers and briefs on this appeal on or before the 20th day of February, 1916, and is ready to argue the appeal at the opening of the March term.

McCAULEY v. WILLIAM BRADLEY & SON. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Appeal from Trial Term, New York County. Action by Margaret A. McCauley, administratrix, against William Bradley & Son. From a judgment dismissing the complaint on the opening of counsel, plaintiff appeals. Reversed. See, also, 155 N. Y. Supp. 1121.

PER CURIAM. We think that the complaint clearly states a cause of action, and that the facts stated in the opening do not so qualify the allegations of the complaint as to justify a dismissal of the complaint upon the opening. The judgment appealed from must be reversed and a new trial ordered, with costs to the appellant to abide the event. Order filed.

McLAUGHLIN, J., dissents.

Lillian McCLOSKEY, an infant, by William J. McCloskey, her guardian ad litem, respondent, v. John BUCKLEY and the City of New York, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed on reargument, with costs as to defendant Buckley. Judgment and order affirmed on reargument, with costs as to defendant the City of New York. No opinion. Thomas, Carr, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents upon the ground that said defendant was not liable on the theory of nuisance, which was that of this case.

John J. McDONALD, Respondent, v. PRESS PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

William J. McDONNELL, respondent, v. John R. WHITEHEAD et al., defendants; Holmes Jones, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Motion denied.

Anna E. MACKENDER, respondent v. CITY OF LOCKPORT, appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order affirmed with costs. All concur.

McEWEN BROTHERS, respondent, v. Ledru BILLINGS, impleaded, etc., appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and order affirmed with costs. All concur, except Kruse, P. J., who dissents upon the ground that the testimony of the witness McCarthy that in not filing the lien he relied upon the defendant Billings' promise to pay, was improperly received.

James U. McKAY, respondent, v. SYRACUSE RAPID TRANSIT RY. CO., appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order affirmed with costs. All concur.

McKERNAN, Appellant, v. INTERNATIONAL RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by John T. McKernan, as administrator, etc., against the International Railway Company and another. No opinion. Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the motion for a nonsuit was improperly granted; that the evidence